1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                   NORTHERN DISTRICT OF CALIFORNIA

10                                           OAKLAND DIVISION

11    UNITED STATES OF AMERICA,              )    Case No. CR 14-131 JST
                                             )
12                  Plaintiff,               )
                                             )    [PROPOSED]
13        v.                                 )    ORDER EXCLUDING TIME
                                             )    UNDER THE SPEEDY TRIAL ACT
14    PAUL LAMONT LEE and AKYSHA             )
      ROCKWELL,                              )
15                                           )
                    Defendants.              )
16    _____)

17                                               ORDER

18            For the reasons stated by the parties at the September 5, 2014, Status Hearing, the Court finds

19    that the ends of justice served by excluding time from September 5, 2014, through November 14, 2014,

20    under the Speedy Trial Act, outweigh the best interest of the public and the defendants in a speedy trial

21    because additional time is required to allow for continuity of counsel and to allow defendants Paul

22    Lamont Lee and Akysha Rockwell and their counsel, adequate time to review the government's

23    discovery; to prepare this matter for trial; and to prepare witnesses for trial.

24            IT IS ORDERED that the period of delay from September 5, 2014, through November 14, 2014,

25    shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A)

26    //

27    //

28    //

1   and (h)(7)(B)(iv),as the ends of justice served by this continuance allowing for continuity of counsel and

2   for adequate preparation outweigh the best interest of the public and defendants in a speedy trial.

3        ORDERED this __12th__ day of September 2014, at Oakland, California.



UNITED STATES DISTRICT JUDGE