Roger W. Patton (SBN 51906)
PATTON ♦ WOLAN ♦ CARLISE LLP
1999 Harrison Street, Suite 1350
Oakland, CA 94612
Email: rpatton@pwc-law.com
Telephone: (510) 987-7500
Facsimile:  (510) 987-7575

Attorney for Defendant
ELDER FLORES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDGARDO DUARTE, CHANTAL HOOD, CESAR ARRIETA, a/k/a "CESAR ARRIETA RECOBA," and ELDER FLORES<br><br>Defendant(s). | Case No.:  CR 14-00296 JST<br><br>**STIPULATION FOR CONTINUANCE OF STATUS HEARING**<br><br>Hearing Date:   September 26, 2014<br>Time:              9:30 A.M.<br><br>[PROPOSED] **New Hearing Date:**<br>Date:              November 14, 2014<br>Time:              9:30 A.M.<br>Ctrm.: |

The Plaintiff, United States of America by and through its Counsel of Record the United States Attorney for the Northern District of California and Assistant United States Attorney Chinhayi Coleman Cadet, and defendant ELDER FLORES, by and through his counsel of record Roger W. Patton; and defendant CESAR ARRIETA, by and through his counsel of record Ismail Ramsey; and EDGARDO DUARTE, by and through his counsel of record Asst. Federal Public Defender John Paul Reichmuth hereby stipulate as follows:

Being that counsel Roger W. Patton will be out of the country from September 25, 2014 through October 10, 2014 the parties agree for continuance of status hearing until November 14, 2014 at 9:30 A.M.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: September 9, 2014

/S/ Chinhayi Coleman Cadet
CHINHAYI COLEMAN CADET
Assistant United States Attorney
Attorney for Plaintiff, United States of America

Dated: September 8, 2014

/S/ Roger W. Patton
ROGER W. PATTON,
Attorney for Defendant ELDER FLORES

Dated: September 9, 2014

/S/ Ismail Ramsey
ISMAIL RAMSEY,
Attorney for Defendant CESAR ARRIETA

Dated: September 9, 2014

/S/ John Paul Reichmuth
JOHN PAUL REICHMUTH,
Asst. Federal Public Defender for
Defendant EDGARDO DUARTE

**IT IS SO ORDERED.**

Dated: September 12, 2014

IT IS SO ORDERED

Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA