BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CABN 194542)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7205
    FAX: (415) 436-7200
    chinhayi.cadet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00296 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| EDGARDO DUARTE, | |
| Defendant. | |

**STIPULATION**

Defendant Edgardo Duarte and the government respectfully request that Defendant Edgardo Duarte's motion hearing currently scheduled for October 23, 2015 be continued to December 11, 2015, at 2:00 p.m., and that time be excluded under the Speedy Trial Act until the new date. Duarte filed his motion on September 4, 2015, and the government filed its opposition on September 25, 2015. Duarte's reply, if any, is due on October 2, 2015.

The matter is currently set for a motion hearing on October 23, 2015, and the parties have been advised that the Court is no longer available to conduct the hearing on that day. Counsel for Duarte continues to review the discovery in this wiretap case, investigate this matter, and confer with Duarte,

STIPULATION AND PROPOSED ORDER RE DUARTE
CR 14-00296 JST

taking into account the exercise of due diligence.  Consequently, the continuance allows for effective preparation of counsel for Duarte, taking into account the exercise of due diligence.

Defendant Duarte and the government agree that the ends of justice served by excluding the period from October 23, 2015 to December 11, 2015 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO STIPULATED.

Dated:  September 29, 2015

/s/
LINDA FULLERTON
Counsel for Defendant Edgardo Duarte


BRIAN J. STRETCH
Acting United States Attorney

Dated:  September 29, 2015

/s/
CHINHAYI COLEMAN CADET
Assistant United States Attorney

### [PROPOSED] ORDER

For good cause shown, the Court Hereby Orders that Defendant Edgardo Duarte's motion hearing currently scheduled for October 23, 2015 is continued to December 11, 2015, at 2:00 p.m., at the Federal Courthouse located at 1301 Clay Street, Oakland, California.  The Court further orders that the period from October 23, 2015 to December 11, 2015 is excluded from the Speedy Trial Act calculations as to Defendant Edgardo Duarte for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  September 30, 2015

HONORABLE JON S. TIGAR
United States District Judge