LINDA FULLERTON, Bar No. 83444
PAUL FEUERWERKER, Bar No. 203616
Attorney at Law
54 Railroad Avenue
Pt. Richmond, CA 94801
510-232-4000

Attorneys for Defendant
Edgardo Duarte

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 14-00296 JST |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| vs. | ) | **ORDER CONTINUING MOTION HEARING AND EXCLUDING TIME** |
| EDGARDO DUARTE, | ) | **UNDER THE SPEEDY TRIAL ACT** |
| Defendant, | ) | |
| | ) | |

## STIPULATION

Defendant Edgardo Duarte respectfully requests that Defendant Edgardo Duarte's motion hearing currently scheduled for December 11, 2015 be continued to January 8, 2016 at 1:30 p.m., and that time be excluded under the Speedy Trial Act until the new date. Argument is scheduled on Mr. Duarte's motion on December 11, 2015. Mr. Duarte's Counsel, Linda Fullerton is representing a witness for the government in the Raymond Chow case, and that witness is scheduled to testify on December 11, 2015.

Therefore, Edgardo Duarte is requesting that this matter be continued until January 8, 2016.

[PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME
CR14-00296 JST

1

Defendant Duarte and the government agree that the ends of justice served by excluding the period from December 11, 2015 to January 8, 2016 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the effective preparation of counsel, and for continuity of counsel in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO STIPULATED.

Dated: December 8, 2015

       /s/ Linda Fullerton
LINDA FULLERTON
Counsel for Defendant Edgardo Duarte

Dated: December 8, 2015

       /s/ Chinhayi Coleman Cadet
CHINHAYI COLEMAN CADET
Assistant United States Attorney

### [PROPOSED] ORDER

For good cause shown, the Court Hereby Orders that Defendant Edgardo Duarte's motion hearing currently scheduled for December 11, 2015 is continued to January 8, 2016, at 1:30 p.m., at the Federal Courthouse located at 1301 Clay Street, Oakland, California. The Court further orders that the period from December 11, 2015 to January 8, 2016 is excluded from the Speedy Trial Act calculations as to Defendant Edgardo Duarte for effective preparation of counsel, and for continuity of counsel, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: December __9__, 2015

HONORABLE JON S. TIGAR
United States District Judge

[PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME
CR14-00296 JST