BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CABN 194542)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7205
    FAX: (415) 436-7234
    Chinhayi.cadet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00296 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| EDGARDO DUARTE, | |
| Defendant. | |

**STIPULATION**

    Defendant Edgardo Duarte, represented by Attorney Linda Fullerton, and the government, represented by Assistant United States Attorney Chinhayi Cadet, appeared before the Honorable Jon S. Tigar on June 10, 2016 for a status hearing.  At the hearing, the defendant withdrew his motion for new counsel.  The Court put the matter over to September 23, 2016, at 2:00 p.m., and excluded time for effective preparation of counsel.

    On August 1, 2016, the parties received a Clerk's Notice, continuing the matter to September 30, 2016, at 2:00 p.m.  Counsel for Duarte continues to review the discovery in this wiretap case, investigate this matter, and confer with Duarte, taking into account the exercise of due diligence.  Consequently, the continuance allows for effective preparation of counsel for Duarte, taking into account the exercise of

1    due diligence.

2        Defendant Duarte and the government agree that the ends of justice served by excluding the

3    period from September 23, 2016 to September 30, 2016 from Speedy Trial Act calculations outweighs

4    the interests of the public and the defendant in a speedy trial by allowing for the effective preparation of

5    counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

6        IT IS SO STIPULATED.

7    Dated:  August 31, 2016                                          _____/s/_____

8                                                                     LINDA FULLERTON
                                                                      Counsel for Defendant Edgardo Duarte

9

10                                                                    BRIAN J. STRETCH
                                                                      Acting United States Attorney

11

12   Dated:  August 31, 2016                                          _____/s/_____
                                                                      CHINHAYI COLEMAN CADET

13                                                                    Assistant United States Attorney

14                                      **[PROPOSED] ORDER**

15       For good cause shown, the Court Hereby Orders that the period September 23, 2016 to

16   September 30, 2016 is excluded from the Speedy Trial Act calculations as to Defendant Edgardo Duarte

17   for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

18   IT IS SO ORDERED.

19   DATED: September 1, 2016

20                                                                    _____
                                                                      HONORABLE JON S. TIGAR
                                                                      United States District Judge

21

22

23

24

25

26

27

28