1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  NIKHIL BHAGAT (CABN 279892)
   MICHAEL MAFFEI (CABN 240978)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7193
        FAX: (415) 436-6982
8       nikhil.bhagat@usdoj.gov

9  Attorneys for the United States of America

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13

14 UNITED STATES OF AMERICA,          )
                                      )  No. CR 14-296 JST
15        Plaintiff,                  )
                                      )  **STIPULATION AND [PROPOSED] ORDER**
16     v.                             )  **EXTENDING DEADLINE FOR FILING OF**
                                      )  **MOTIONS *IN LIMINE***
17 EDGARDO DUARTE,                    )
                                      )  Pretrial Conference Date: January 20, 2017
18        Defendant.                  )  Before: Hon. Jon. S. Tigar
   _____)

19

20        This case is presently set for a pretrial conference on January 20, 2017 and for jury trial on

21 March 6, 2017.  The Court's Standing Order for All Criminal Cases and Local Criminal Rule 17.1-1 set

22 forth certain deadlines associated with the pretrial conference date.  Specifically, in light of the pretrial

23 conference date, the local rules require the submission of a pretrial conference statement by January 13,

24 2017.  The Court's standing order requires the submission of the parties' proposed *voir dire* questions

25 and jury instructions by January 13, 2017 and the submission of motions *in limine* by this Friday,

26 January 6, 2017.

27        Counsel for the Defendant has advised counsel for the Government that she is nearly positive

28 that Mr. Duarte will elect to forego his right to a jury trial and instead plead guilty in this case.

STIP. AND ORDER TO EXT. MOT. DEADLINE
CR 14 296 JST

1    However, Mr. Duarte is in pretrial detention and his counsel does not anticipate being able to visit him

2    and confirm this wish until at least Friday, January 6, 2017.   In the event Mr. Duarte confirms he wishes

3    to plead guilty, the parties intend to immediately file a stipulation asking the Court to vacate the trial

4    date and instead set the matter for a change of plea at the time presently set for the pretrial conference.

5       In light of the foregoing, and in the interests of judicial economy and conservation of

6    government resources, the United States hereby requests that the Court extend the deadline for the filing

7    of motions *in limine* from January 6, 2017, to January 11, 2017, and the deadline for any responses

8    thereto to January 17, 2017.   Counsel for the Defendant, Linda Fullerton, concurs in this request.

9       Respectfully submitted this **4th** day of January, 2017.

10

11 BRIAN J. STRETCH
United States Attorney

12 _____/s/_____            _____/s/_____

13 NIKHIL BHAGAT                        LINDA ANN FULLERTON
Assistant United States Attorney         Attorney for Edgardo Duarte

14

15

16                      ~~**[PROPOSED]**~~ **ORDER**

17       In the interests of judicial economy, and for good cause shown, the deadline for the filing of

18 motions *in limine* in the above-captioned cause is hereby extended through and including January 11,

19 2017.   If a party wishes to file a written response to a motion *in limine*, any such response must be filed

20 by January 17, 2017.

21

22       PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24 Dated:  January 5, 2017

25

26 _____
THE HONORABLE JON S. TIGAR

27 United States District Judge

28

STIP. AND ORDER TO EXT. MOT. DEADLINE
CR 14 296 JST