BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7193
    FAX: (415) 436-6982
    nikhil.bhagat@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 14 296 JST |
|---|---|---|
|     Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE AND PRETRIAL CONFERENCE AND SETTING CHANGE OF PLEA** |
| EDGARDO DUARTE, | ) | |
|     Defendant. | ) | Pretrial Conference Date: January 20, 2017<br>Trial Date: March 6, 2017<br>Before: Hon. Jon. S. Tigar |

STIP. AND ORDER VACATING TRIAL DATE
CR 14 296 JST

This case is presently set for a pretrial conference on January 20, 2017 and for jury trial on March 6, 2017.  Mr. Duarte has advised his counsel that he wishes to forego a trial and plead guilty in this case.

In light of the foregoing, the parties hereby request that the Court enter an order (1) vacating the trial date of March 6, 2017; (2) vacating the pretrial conference presently set for January 20, 2017; and (3) setting a Change of Plea for February 24, 2017.

Respectfully submitted this **9th** day of January, 2017.

BRIAN J. STRETCH
United States Attorney

_____/s/_____          _____/s/_____
NIKHIL BHAGAT                                         LINDA ANN FULLERTON
Assistant United States Attorney               Attorney for Edgardo Duarte

### [PROPOSED] ORDER

For good cause shown, the jury trial presently set for March 6, 2017 and the pretrial conference presently set for January 20, 2017 are hereby **VACATED**.  This case is **SET** for a change of plea before the undersigned on February 24, 2017 at 9:30 a.m. in Oakland.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  January 11, 2017

IT IS SO ORDERED
Judge Jon S. Tigar

STIP. AND ORDER VACATING TRIAL DATE
CR 14 296 JST